IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Cathy Vernon, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | Civil Action No. 3:23-cv-2142-E |
| State Farm Lloyds, | § § § | |
| *Defendant*. | § § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 29, 2025—(ECF No. 52). No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are **ACCEPTED** and the Defendant's Motion for Summary Judgment (ECF No. 34) is **GRANTED IN PART** and **DENIED IN PART**. All claims other than Plaintiff Cathy Vernon's extra-contractual claims under Chapter 541 of the Texas Insurance Code and for common law bad faith that are based on the additional damage to her home that occurred during the time that it took State Farm to pay the appraisal award are **DISMISSED**.

**SO ORDERED.**

12th day of December, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE